479 A.2d 1093

Commonwealth v. Beck, Appellant.

Submitted May 18, 1984. Andrew J. Achman, for appellant;

Melinda G. Tell, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence affirmed.